| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Pedro Aurelio De Azevedo Cunha |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Southern District of Florida (State) |
| Case number | 23-10286-RAM |

# Official Form 410S2

## Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Michigan West Association, Inc.

**Court claim no. (if known):** 3

**Last 4 digits** of any number you use to identify the debtor's account: ___ ___ ___ ___

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No
☐ Yes.  Date of the last notice: ____/____/_____

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | Please see Exhibit A attached for itemization of all Postpetition Fees, Expenses, and Charges. | (1) | $ _____ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ _____ |
| 3. Attorney fees | | (3) | $ _____ |
| 4. Filing fees and court costs | | (4) | $ _____ |
| 5. Bankruptcy/Proof of claim fees | | (5) | $ _____ |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ _____ |
| 7. Property inspection fees | | (7) | $ _____ |
| 8. Tax advances (non-escrow) | | (8) | $ _____ |
| 9. Insurance advances (non-escrow) | | (9) | $ _____ |
| 10. Property preservation expenses. Specify: _____ | | (10) | $ _____ |
| 11. Other. Specify: _____ | | (11) | $ _____ |
| 12. Other. Specify: _____ | | (12) | $ _____ |
| 13. Other. Specify: _____ | | (13) | $ _____ |
| 14. Other. Specify: _____ | | (14) | $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2    Notice of Postpetition Mortgage Fees, Expenses, and Charges    page 1

Doc ID: ec689dfd5ccf68b9667d5909fb99f8f1b42434b3

Debtor 1    **Pedro Aurelio De Azevedo Cunha**    Case number (*if known*) **23-10286-RAM**
First Name    Middle Name    Last Name

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☒ I am the creditor.

☐ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

✗ *Robert Waldbillig*      Date **05 / 05 / 2023**
Signature

Print: **Robert Waldbillig**      Title **Director**
First Name    Middle Name    Last Name

Company: **Michigan West Association, Inc.**

Address: **910 Michigan Ave.**
Number   Street
**Miami Beach**    **FL**    **33009**
City    State    ZIP Code

Contact phone ( **786** ) **298** – **2050**     Email **jorge@questmanagementgroup.com**

## Exhibit A

| Description | Dates incurred | Amount |
|---|---|---|
| 11. Other. Specify: Maintenance fee | 2/1/23 | $486.00 |
| 12. Other. Specify: Maintenance fee | 3/1/23 | $486.00 |
| 13. Other. Specify: Paint costs | 3/1/23 | $1,905.00 |
| 14. Other. Specify: Paint costs | 4/1/23 | $1,905.00 |
| 15. Other. Specify: Maintenance fee | 4/1/23 | $486.00 |
| 16. Other. Specify: Maintenance fee | 5/1/23 | $486.00 |

# Statement

**Michigan West Condominium Association**
C/o Quest Management Group
P.O. Box 651906
Miami, FL 33265
Phone: (786) 298-2050/Fax: (786) 272-0116

| Date |
|---|
| 5/2/2023 |

**To:**
P.A. De Azevedo, LLC
Pedro A De Azevedo Cunha
910 Michigan Ave, Apt 506
Miami, FL 33139

| | Amount Due | Amount Enc. |
|---|---|---|
| | $4,529.00 | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 10/31/2021 | Balance forward | | 0.00 |
| 10/01/2022 | INV #24. Due 10/01/2022. "PAYMENTS IN FULL" --- Concrete Restoration $2,177.00 | 2,177.00 | 2,177.00 |
| 10/10/2022 | INV #58. Due 10/10/2022. --- Late Fee $25.00 | 25.00 | 2,202.00 |
| 11/10/2022 | INV #59. Due 11/10/2022. --- Late Fee $25.00 | 25.00 | 2,227.00 |
| 12/01/2022 | INV #51. Due 12/01/2022. "PAYMENTS IN FULL" --- Concrete Restoration $2,177.00 | 2,177.00 | 4,404.00 |
| 12/10/2022 | INV #60. Due 12/10/2022. --- Late Fee $25.00 | 25.00 | 4,429.00 |
| 01/10/2023 | INV #79. Due 01/10/2023. --- Late Fee $25.00 | 25.00 | 4,454.00 |
| 02/10/2023 | INV #78. Due 02/10/2023. --- Late Fee $25.00 | 25.00 | 4,479.00 |
| 03/01/2023 | INV #97. Due 03/01/2023. --- Late Fee $25.00 | 25.00 | 4,504.00 |
| 04/10/2023 | INV #96. Due 04/10/2023. --- Late Fee $25.00 | 25.00 | 4,529.00 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 0.00 | 25.00 | 0.00 | 50.00 | 4,454.00 | $4,529.00 |

Doc ID: ec689dfd5ccf68b9667d5909fb99f8f1b42434b3

# Statement

**Michigan West Condominium Association**
C/o Quest Management Group
P.O. Box 651906
Miami, FL 33265
Phone: (786) 298-2050/Fax: (786) 272-0116

| Date |
|---|
| 5/4/2023 |

**To:**
P.A. De Azevedo, LLC
Pedro A De Azevedo Cunha
910 Michigan Ave, Apt 506
Miami, FL 33139

| Amount Due | Amount Enc. |
|---|---|
| $5,084.26 | |

| Date | Transaction | Amount | Balance |
|---|---|---:|---:|
| 10/31/2022 | Balance forward | | 9,564.37 |
| 11/01/2022 | INV #4339. Due 11/01/2022.<br>--- Maintenance Fee $486.00 | 486.00 | 10,050.37 |
| 11/10/2022 | INV #4366. Due 11/10/2022.<br>--- Late Fee $25.00 | 25.00 | 10,075.37 |
| 12/01/2022 | INV #4362. Due 12/01/2022.<br>--- Maintenance Fee $486.00 | 486.00 | 10,561.37 |
| 12/10/2022 | INV #4367. Due 12/10/2022.<br>--- Late Fee $25.00 | 25.00 | 10,586.37 |
| 12/20/2022 | PMT #847333. | -8,032.11 | 2,554.26 |
| 01/01/2023 | INV #4391. Due 01/01/2023.<br>--- Maintenance Fee $486.00 | 486.00 | 3,040.26 |
| 01/10/2023 | INV #4427. Due 01/10/2023.<br>--- Late Fee $25.00 | 25.00 | 3,065.26 |
| 02/01/2023 | INV #4423. Due 02/01/2023.<br>--- Maintenance Fee $486.00 | 486.00 | 3,551.26 |
| 02/10/2023 | INV #4428. Due 02/10/2023.<br>--- Late Fee $25.00 | 25.00 | 3,576.26 |
| 03/01/2023 | INV #4452. Due 03/01/2023.<br>--- Maintenance Fee $486.00 | 486.00 | 4,062.26 |
| 03/10/2023 | INV #4511. Due 03/10/2023.<br>--- Late Fee $25.00 | 25.00 | 4,087.26 |
| 04/01/2023 | INV #4478. Due 04/01/2023.<br>--- Maintenance Fee $486.00 | 486.00 | 4,573.26 |
| 04/10/2023 | INV #4484. Due 04/10/2023.<br>--- Late Fee $25.00 | 25.00 | 4,598.26 |
| 05/01/2023 | INV #4509. Due 05/01/2023.<br>--- Maintenance Fee $486.00 | 486.00 | 5,084.26 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---:|---:|---:|---:|---:|---:|
| 0.00 | 511.00 | 511.00 | 511.00 | 3,551.26 | $5,084.26 |

Doc ID: ec689dfd5ccf68b9667d5909fb99f8f1b42434b3

# Statement

Michigan West Condominium Association
C/o Quest Management Group
P.O. Box 651906
Miami, FL 33265
Phone: (786) 298-2050/Fax: (786) 272-0116

| Date |
|---|
| 5/2/2023 |

**To:**

P.A. De Azevedo, LLC
Pedro A De Azevedo Cunha
910 Michigan Ave, Apt 506
Miami, FL 33139

| Amount Due | Amount Enc. |
|---|---|
| $5,160.02 | |

| Date | Transaction | Amount | Balance |
|---|---|---:|---:|
| 10/31/2021 | Balance forward | | 1,410.01 |
| 11/01/2021 | INV #513. Due 11/16/2021. | 766.67 | 2,176.68 |
| | --- Special Assessment $766.67 | | |
| 11/25/2021 | INV #514. Due 11/10/2021. | 25.00 | 2,201.68 |
| | --- Late Fee $25.00 | | |
| 12/15/2021 | INV #538. Due 12/30/2021. | 766.67 | 2,968.35 |
| | --- Special Assessment $766.67 | | |
| 12/23/2021 | INV #557. Due 12/23/2021. | 25.00 | 2,993.35 |
| | --- Late Fee $25.00 | | |
| 01/15/2022 | INV #581. Due 01/30/2022. | 766.67 | 3,760.02 |
| | --- Special Assessment $766.67 | | |
| 01/25/2022 | INV #590. Due 01/25/2022. | 25.00 | 3,785.02 |
| | --- Late Fee $25.00 | | |
| 02/10/2022 | INV #595. Due 02/10/2022. | 25.00 | 3,810.02 |
| | --- Late Fee $25.00 | | |
| 03/10/2022 | INV #596. Due 03/10/2022. | 25.00 | 3,835.02 |
| | --- Late Fee $25.00 | | |
| 04/10/2022 | INV #598. Due 04/10/2022. | 25.00 | 3,860.02 |
| | --- Late Fee $25.00 | | |
| 05/10/2022 | INV #599. Due 05/10/2022. | 25.00 | 3,885.02 |
| | --- Late Fee $25.00 | | |
| 06/10/2022 | INV #600. Due 06/10/2022. | 25.00 | 3,910.02 |
| | --- Late Fee $25.00 | | |
| 06/23/2022 | INV #624. Due 06/23/2022. | 1,000.00 | 4,910.02 |
| | --- Special  Assessment Cover Expen $1,000.00 | | |
| 07/10/2022 | INV #625. Due 07/10/2022. | 25.00 | 4,935.02 |
| | --- Late Fee $25.00 | | |
| 08/10/2022 | INV #633. Due 08/10/2022. | 25.00 | 4,960.02 |
| | --- Late Fee $25.00 | | |
| 09/10/2022 | INV #642. Due 09/10/2022. | 25.00 | 4,985.02 |
| | --- Late Fee $25.00 | | |
| 10/10/2022 | INV #648. Due 10/10/2022. | 25.00 | 5,010.02 |
| | --- Late Fee $25.00 | | |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 0.00 | 25.00 | 0.00 | 50.00 | 5,085.02 | $5,160.02 |

Doc ID: ec689dfd5ccf68b9667d5909fb99f8f1b42434b3

# Statement

Michigan West Condominium Association
C/o Quest Management Group
P.O. Box 651906
Miami, FL 33265
Phone: (786) 298-2050/Fax: (786) 272-0116

| Date |
| --- |
| 5/2/2023 |

**To:**

P.A. De Azevedo, LLC
Pedro A De Azevedo Cunha
910 Michigan Ave, Apt 506
Miami, FL 33139

| Amount Due | Amount Enc. |
| --- | --- |
| $5,160.02 | |

| Date | Transaction | Amount | Balance |
| --- | --- | --- | --- |
| 11/10/2022 | INV #649. Due 11/10/2022. --- Late Fee $25.00 | 25.00 | 5,035.02 |
| 12/10/2022 | INV #650. Due 12/10/2022. --- Late Fee $25.00 | 25.00 | 5,060.02 |
| 01/10/2023 | INV #656. Due 01/10/2023. --- Late Fee $25.00 | 25.00 | 5,085.02 |
| 02/10/2023 | INV #657. Due 02/10/2023. --- Late Fee $25.00 | 25.00 | 5,110.02 |
| 03/01/2023 | INV #661. Due 03/01/2023. --- Late Fee $25.00 | 25.00 | 5,135.02 |
| 04/10/2023 | INV #660. Due 04/10/2023. --- Late Fee $25.00 | 25.00 | 5,160.02 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
| --- | --- | --- | --- | --- | --- |
| 0.00 | 25.00 | 0.00 | 50.00 | 5,085.02 | $5,160.02 |

Page 2

Doc ID: ec689dfd5ccf68b9667d5909fb99f8f1b42434b3

# Statement

**Michigan West Condominium Association**
C/o Quest Management Group
P.O. Box 651906
Miami, FL 33265
Phone: (786) 298-2050/Fax: (786) 272-0116

| Date |
|---|
| 5/2/2023 |

| To: |
|---|
| P.A. De Azevedo, LLC |
| Pedro A De Azevedo Cunha |
| 910 Michigan Ave, Apt 506 |
| Miami, FL 33139 |

| Amount Due | Amount Enc. |
|---|---|
| $1,625.00 | |

| Date | Transaction | Amount | Balance |
|---|---|---:|---:|
| 10/31/2021 | Balance forward | | 0.00 |
| 11/01/2022 | INV #24. Due 11/01/2022. "PAYMENTS IN FULL" --- Outstanding Vendors/Elev/Plumb $1,500.00 | 1,500.00 | 1,500.00 |
| 11/10/2022 | INV #26. Due 11/10/2022. --- Late Fee $25.00 | 25.00 | 1,525.00 |
| 12/10/2022 | INV #27. Due 12/10/2022. --- Late Fee $25.00 | 25.00 | 1,550.00 |
| 01/10/2023 | INV #41. Due 01/10/2023. VOID: --- Late Fee $0.00 | 0.00 | 1,550.00 |
| 01/10/2023 | INV #43. Due 01/10/2023. --- Late Fee $25.00 | 25.00 | 1,575.00 |
| 02/10/2023 | INV #42. Due 02/10/2023. --- Late Fee $25.00 | 25.00 | 1,600.00 |
| 04/10/2023 | INV #57. Due 04/10/2023. --- Late Fee $25.00 | 25.00 | 1,625.00 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---:|---:|---:|---:|---:|---:|
| 0.00 | 25.00 | 0.00 | 25.00 | 1,575.00 | $1,625.00 |

Doc ID: ec689dfd5ccf68b9667d5909fb99f8f1b42434b3

# Statement

**Michigan West Condominium Association**
C/o Quest Management Group
P.O. Box 651906
Miami, FL 33265
Phone: (786) 298-2050/Fax: (786) 272-0116

| Date |
|---|
| 5/2/2023 |

| To: |
|---|
| P.A. De Azevedo, LLC |
| Pedro A De Azevedo Cunha |
| 910 Michigan Ave, Apt 506 |
| Miami, FL 33139 |

| | Amount Due | Amount Enc. |
|---|---|---|
| | $5,765.00 | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 10/31/2021 | Balance forward | | 0.00 |
| 03/01/2023 | INV #24. Due 03/01/2023. | 1,905.00 | 1,905.00 |
| | --- Paint & Outstanding Invoices $1,905.00 | | |
| | --- | | |
| | --- | | |
| | --- | | |
| | --- "1 OF 3 PAYMENTS" | | |
| 03/10/2023 | INV #117. Due 04/10/2023. | 25.00 | 1,930.00 |
| | --- Late Fee $25.00 | | |
| 04/01/2023 | INV #70. Due 04/01/2023. | 1,905.00 | 3,835.00 |
| | --- Paint & Outstanding Invoices $1,905.00 | | |
| | --- | | |
| | --- | | |
| | --- | | |
| | --- "2 OF 3 PAYMENTS" | | |
| 04/10/2023 | INV #143. Due 04/10/2023. | 25.00 | 3,860.00 |
| | --- Late Fee $25.00 | | |
| 05/01/2023 | INV #142. Due 05/01/2023. | 1,905.00 | 5,765.00 |
| | --- Paint & Outstanding Invoices $1,905.00 | | |
| | --- | | |
| | --- | | |
| | --- | | |
| | --- "3 OF 3 PAYMENTS" | | |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 0.00 | 1,955.00 | 1,905.00 | 1,905.00 | 0.00 | $5,765.00 |

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that a true and correct copy of the foregoing was served on May 5, 2023 to all parties on the list to receive e-mail notice/service for this case, via the Notice of Electronic Filing (which is incorporated herein by reference) and via U.S. Mail to Miami Dade County Tax Collector, 200 NW 2nd Ave #430, Miami, FL 33128 and Synchrony Bank, PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541.

              By:_____/s/_____
                 Zach B. Shelomith